IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LENA M. MAGERS, | ) | |
| | ) | |
| Plaintiff, | ) | 4:07cv3058 |
| | ) | |
| vs. | ) | MEMORANDUM AND ORDER |
| | ) | |
| GARY OLSON, et al., | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court upon receipt of notice that Kellie Paris Asaka, Esq. has agreed to a court-appointment to represent the plaintiff as her attorney in the above-entitled case.[1] The plaintiff, Lena M. Magers, is presently a prisoner or pretrial detainee in the Douglas County Correctional Center ("DCCC"), who asserts federal civil rights claims pursuant to 42 U.S.C. § 1983 against medical providers at the DCCC.

THEREFORE, IT IS ORDERED:

1. That Kellie Paris Asaka, Esq. is appointed to represent the plaintiff as her attorney in the above-entitled litigation;

2. That within fifteen (15) days of the date of this Order, Ms. Asaka shall enter an appearance in this case and shall contact the plaintiff to make arrangements to confer in person or by telephone with the plaintiff;

3. That Ms. Asaka is appointed to assist the plaintiff for all purposes in connection with this litigation, including, without limitation, amending the pleadings, filing motions, responding to motions, conducting such discovery as may be necessary, and retaining such witness(es) as may be needed;

4. That Ms. Asaka shall prepare such advance "Application(s) for Authorization to Incur Expenses" and "Request(s) for Reimbursement" as may be appropriate to obtain reimbursement for litigation costs payable from the Federal Practice Fund in accordance with NEGenR 1.2(i), 1.7(g) and the Plan for Administration of the Federal Practice Fund (posted on the court's website at *http://www.ned.uscourts.gov/fpo /crtplans/crtplans.html*);

---

[1] The court received the plaintiff's initial partial filing fee on April 17, 2007, and Magistrate Judge F.A. Gossett's Judicial Assistant contacted Ms. Asaka on behalf of the court.

1

and

     5.    That the Clerk of Court shall send a copy of this Memorandum and Order to the parties and to Ms. Asaka.

     DATED this 7th day of May, 2007.

                                BY THE COURT:

                                s/ WARREN K. URBOM
                                United States Senior District Judge