```
        IN THE UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| LENA M. MAGERS, | ) | |
| | ) | |
| Plaintiff, | ) | 4:07CV3058 |
| | ) | |
| v. | ) | |
| | ) | |
| DCDC INSTITUTION CONFINEMENT, | ) | ORDER TO SHOW CAUSE |
| and CMS MEDICAL CONTRACTED, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

This case was filed on March 3, 2007. Counsel was appointed to represent the plaintiff on May 7, 2007, and counsel's appearance was filed on May 9, 2007. No further pleadings have been filed by plaintiff.

IT THEREFORE HEREBY IS ORDERED,

Plaintiff is given 20 days from the date of this order in which to show cause, if any there be, why this matter should not be dismissed for failure to prosecute, in accordance with the provisions of Fed. R. Civ. P. 4(m) and 41(b).

DATED this 29th day of August, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge